AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| ANTONIO RESENDIZ-BADILLO | ) Case No. 8:24-cr-174-TPB-AAS |
| | ) |
| | ) |
| | ) |
| Defendant | |

RCVD USMS M/FL/TAMPA 2024 APR 24 AM 1:29

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANTONIO RESENDIZ-BADILLO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1)
False Representation of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B)
False Claim of U.S. Citizenship, 18 U.S.C. § 1015(e)

MAY 3 2024 PM12:35
FILED - USDC - FLMD - TPA

Date: 04/24/24

*Issuing officer's signature* Amparo Morero

City and state:  Tampa, Florida           ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/23/2024, and the person was arrested on *(date)* 5/2/2024
at *(city and state)* Tamp, Florida.

Date:

*Arresting officer's signature*

Alvis Lockhart HSI Special Agent
*Printed name and title*