UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:24-cr-174-TPB-AAS | DATE: | February 21, 2025 |
|---|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | INTERPRETER: | James Plunkett (sworn) |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANTONINO RESENDIZ-BADILLO** | | LANGUAGE: | Spanish |
| | | GOVERNMENT COUNSEL<br>Joseph Wheeler, AUSA | |
| | | DEFENSE COUNSEL<br>Tim Fitzgerald, CJA | |
| COURT REPORTER: Rebekah Lockwood | | DEPUTY CLERK: | Ana Heard |
| TIME: 10:28 – 10:33 | TOTAL: 5 mins. | PROBATION: | Stephen Billig |
| | | COURTROOM: | 14A |

PROCEEDINGS:   SENTENCING HEARING

Defendant sworn and adjudged guilty as to Count One of the Superseding Indictment.

Statements made by Counsel.   Defendant does not address the Court.

Imprisonment:   **TWENTY-FOUR (24) MONTHS**.

Court's recommendations to the Bureau of Prisons:
1. Incarceration at FCI Coleman
2. Vocational training in carpentry and welding.

Supervised Release: **ONE (1) YEAR**

Fine is waived.   Special Assessment: $100.00 to be paid immediately.

Special conditions of supervised release:

1. If defendant is deported, he shall not re-enter the United States without the express permission of the appropriate governmental authority.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended; however,

the Defendant must submit random drug testing not to exceed 104 tests per year.

Counts Two and Three of the Superseding Indictment and the underlying Indictment are dismissed in accordance with the plea agreement.

Defendant is remanded into the custody of the U.S. Marshals to await designation by the Bureau of Prisons.

Defendant advised of right to appeal and to counsel on appeal.

### GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING
(prior to any variances/departures)

| | |
|---|---|
| Total Offense Level | N/A |
| Criminal History Category | I |
| Imprisonment Range | 2 Years |
| Supervised Release Range | 1 Year |
| Restitution | N/A |
| Fine Range | $250,000 |
| Special Assessment | $100.00 |